## CT CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
08/27/2007
Log Number 512534606

**TO:** Subhash Sarda, CFO
Life Sera, Inc.
736 Park North Blvd, Suite 100
Clarkston, GA, 30021

**RE:** Process Served in Louisiana

**FOR:** Life Sera, Inc (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Michael Taylor, Pltf. vs. Life Sera, Inc. and XYZ Insurance Company, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 22nd Judicial District Court, Parish of St. Tammany, LA<br>Case # 200713903E |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - On or about June 26, 2007 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/24/2007 at 09:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | Georgia G. Turgeau<br>Turgeau Law Firm L.L.C.<br>1925 Corporate Square Blvd.<br>Suite C<br>Slidell, LA, 70458<br>985-781-6683 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Standard Overnight, 791374745899<br>Email Notification, Subhash Sarda subhash.sarda@life-therapeutics.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Parrish Madonia |
| **ADDRESS:** | 8550 United Plaza Boulevard<br>Baton Rouge, LA, 70809 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / PM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.



# SERVE

| | |
|---|---|
| MICHAEL TAYLOR | No. 2007-13903 E |
| Versus | **22ⁿᵈ Judicial District Court** |
| | **Parish of St. Tammany** |
| LIFE SERA, INC. | **Louisiana** |

TO THE DEFENDANT    LIFE SERA, INC., THROUGH AGENT FOR SERVICE OF PROCESS: C T

CORPORATION SYSTEM, 8550 UNITED PLAZA BLVD., BATON ROUGE, LA 70809

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22ⁿᵈ Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this    10ᵀᴴ    day of    AUGUST    A.D. 20    07

*Malise Prieto*, CLERK OF COURT        A TRUE COPY

BY:    S/KRISTINA M. KEMP        Kristina M. Kemp
                                   DY. CLERK 22nd JUD. DIST. COURT
                                   ST. TAMMANY PARISH, LA
                                   DEPUTY CLERK OF COURT

ISSUED: 8/16/07

ATTORNEY    GEORGIA G TURGEAU    P01

1926 CORPORATE SQUARE BLVD SUITE C

SLIDELL LOUISIANA 70458

Received on _____, 20 ____, and on the _____ day of _____, 20 ____,

I served a true copy of the within _____

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House

_____
Deputy Sheriff

Parish of _____

K-101                                                                                          101-15

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

DOCKET #2007- 13903                                              DIVISION: E

MICHAEL TAYLOR

VERSUS

LIFE SERA, INC. AND XYZ INSURANCE COMPANY

FILED: AUG 1 0 2007                                      S/KRISTINA M. KEMP
                                                         DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of MICHAEL TAYLOR, a person of full age and majority and domiciled in the Parish of St. Tammany, State of Louisiana, with respect represents, to-wit:

I.

The following named parties are made defendants herein, to wit:

A. LIFE SERA, INC., a foreign corporation, organized and chartered under the laws of a state other than Louisiana, but authorized to do and doing business in the State of Louisiana, at all times relevant and material to this cause of action; and

B. XYZ INSURANCE COMPANY, a foreign insurance corporation, organized and chartered under the laws of a state other than Louisiana, but authorized to do and doing business in the State of Louisiana, as liability insurer for LIFE SERA, INC., at all times relevant and material to this cause of action.

II.

That the said Defendants are justly and truly indebted unto your Petitioner for such damages as are reasonable under the circumstances, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following, to-wit:

III.

On or about June 26, 2007, your Petitioner went to *Life Sera, Inc.* in *Metairie*, Louisiana to donate plasma. During his donation session, Mr. Taylor's nurse complained to him she was tired and wanted to go home. At the end of the donation session, the nurse asked Mr. Taylor if everything was okay and he replied that it was. She began to unhook the I.V. from him when she became distracted and turned away from him. At this moment, Mr. Taylor began to feel severe pain in his chest. Mr. Taylor, holding his chest, alerted the nurse who began to panic and called for help. Other technicians then came to the aid. The head nurse then clamped Mr. Taylor's I.V. and explained to Mr. Taylor that his nurse

forgot to do this and by not doing so, caused a chemical to back flow into the I.V. and into Mr. Taylor's body. The chemical is unknown at the filing of this Petition as Life Sera has failed to identify the chemical or even answer communications from Petitioner's attorney. Their failure to respond has hampered Mr. Taylor's efforts to be properly diagnosed and treated by his attending physician.

IV.

That the sole and proximate cause of the injuries and damages sustained by your Petitioner was the individual, joint, solidary, concurrent and/or successive negligence of the said LIFE SERA, INC. which negligence consisted of the following acts and/or omissions, to-wit:

(a) Failure to clamp Petitioner's I.V. during the donation session causing a chemical to back flow into the I.V. and into Petitioner's body;

(b) Failure to identify the chemical;

(c) Failure to observe reasonable care;

(d) Failure to attend to an unsafe condition that they knew or should have known about;

(e) Failure to provide immediate assistance and medical care to plaintiff;

(f) Inattention to a potential plasma donation hazard;

(g) Presenting an unreasonable and foreseeable risk of harm to plasma donation patients; and

(h) Other negligence which may be proven at a trial of this matter.

V.

That as a result of the above negligence, your Petitioner sustained the following injuries:

(a) Severe chest pain and complications.

VI.

Petitioner itemizes his damages as follows:

(a) Past physical pain, suffering and discomfort;

(b) Past mental anguish, aggravation, annoyance, and stress;

(c) Disability;

(d) Future physical pain, suffering and discomfort;

(e) Future mental anguish, aggravation, and annoyance;

(f) Past medical expenses;

(g) Future medical expenses;

(h) Past lost wages;

(i) Future lost wages;

(j) Loss of enjoyment of life;
(k) Loss of use/function of parts of body;
(l) Bodily disability;
(m) Impairment of psychological functioning;
(n) Disability limiting work to earn an income;
(o) Destruction of earning capacity; and
(p) Disability from engaging in recreation.

Your Petitioner prays for those damages that are just and reasonable under the facts and circumstances of this case.

### VI.

Petitioner strictly reserves the right to amend and supplement this petition as necessary concerning damages.

### VIII.

That at the time of the accident sued upon herein, the said Defendant, LIFE SERA, INC., had a liability insurance policy from XYZ INSURANCE COMPANY insuring the negligent acts and operation by the said LIFE SERA, INC., while operating their Metairie, Louisiana donation center, and that said insurance company is therefore solidarily and vicariously liable and responsible to petitioner for the negligence and damages set forth above.

### IX.

Pursuant to La. C.C.P. Art 893, Petitioner reasonably and in good faith alleges the claims herein exceed the amount requisite for a jury trial.

WHEREFORE, Petitioner prays that the Defendants be duly cited to appear and answer this Petition, that they be served with a copy of same, and after all legal delays and due proceedings had, there be judgment herein in favor of your Petitioner, MICHAEL TAYLOR, and against Defendants, LIFE SERA, INC. and XYZ INSURANCE COMPANY, jointly and insolido, for such damages as are reasonable and just under the circumstances, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, and for all general and equitable relief.

RESPECTFULLY SUBMITTED,
TURGEAU LAW FIRM L.L.C.

*Georgia G. Turgeau*
GEORGIA G. TURGEAU (#25278)
1926 Corporate Square Blvd., Suite C
Slidell, Louisiana 70458
Telephone: (985) 781-8883
Facsimile: (985) 781-2014
*Attorney for MICHAEL TAYLOR*

PLEASE SERVE:

(1) LIFE SERA, INC.
Through Agent for Service of Process:
C T Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

PLEASE HOLD SERVICE FOR:

(2) XYZ INSURANCE COMPANY, Liability Insurer for LIFE SERA, INC.

-4-

A TRUE COPY
*Kristina M. Kerry*
DY CLERK 22nd JUD DIST COURT
ST. TAMMANY PARISH, LA