UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL TAYLOR | * | CIVIL ACTION NO. 07-5895 |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| LIFE SERA, INC. AND | * | MAGISTRATE 1 |
| XYZ INSURANCE COMPANY | * | |

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Stipulation and Motion;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims, demands and actions of the plaintiff, Michael Taylor, as against all defendants, including Life Sera, Inc., in the captioned civil action, be and same are hereby dismissed, in their entirety, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 22nd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE